**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.211.235.180**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Lansing, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/10/2017 06:28:41 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 11/10/2017 06:24:35 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 11/10/2017 06:24:18 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 08/28/2017 05:13:55 | 29E48CB0C760C5B0BD131F13C1920C42AFE71735 | Pure Gold |
| 06/30/2017 03:50:49 | C176D96FC8DF3E98334F2D76D487D9A7506CC883 | Black Lace and Blonde Hair in My Bed |
| 03/24/2017 04:14:38 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |
| 03/05/2017 04:57:20 | 075941EEEA64DE823DA5BF23CD008B745734B738 | Afternoon Snack |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

NIL833